# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSE MORALES-TORRES,**

**Defendant.**

**CRIMINAL NO. 14-251 (GAG)**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Camille L. Vélez-Rivé's Report and Recommendation (Docket No. 110) on Defendant's Motion to Suppress (Docket No. 69) is hereby **ADOPTED** in its entirety.

The undersigned has considered the arguments raised by Defendant *de novo*, and finds as insufficient the evidence produced by him to show standing. More so, the undersigned concurs with Magistrate Judge Velez-Rivé to the effect that defendant had ample time to produce evidence of possession/ownership and failed to do so. Accepting and adopting as my own Judge Velez-Rivé's legal conclusions at Docket No. 110, Defendant's Motion to Supress at Docket No. 69 is hereby **DENIED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of April, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE